## C. J. McMahon, d/b/a C. J. McMahon Masonry Contractor, Plaintiff-Appellant, v. Clara M. Nielsen and Walter B. Nielsen, d/b/a Nielsen Oil Company, Defendants-Appellees.

Gen. No. 11,882.

Second District.

June 9, 1964.

Miller, Thomas, Hickey & Collins, of Rockford (Patrick H. Sreenan, of counsel), for appellant; Haye & Keegan, of Rockford (Frederick H. Haye, of counsel), for appellees. Opinion by PRESIDING JUSTICE ABRAHAMSON. Not to be published in full.